IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br>4069 - 4089 Minnesota Ave, NE, LLC,<br>　　　　Debtor. | Case No. 25-00070-ELG<br>Chapter 11 |

**TRUSTEE'S LIMITED RESPONSE TO MOTION OF ROCF IV SERIES,
A SERIES OF RED OAK CAPITAL FUND SERVICES, LLC, FOR AN ORDER
(I) ENFORCING SALE ORDER; AND (II) IMPOSING SANCTIONS AGAINST
MINNESOTA COMMONS TENANTS ASSOCIATION, INC. AND LEGAL AID DC**

　　　　H. Jason Gold (the "Trustee"), the duly appointed Chapter 11 trustee for the estate of 4069 – 4089 Minnesota Ave NE, LLC (the "Debtor") in the above-captioned case, by and through the undersigned counsel, respectfully files his *Limited Response* to the *Motion for an Order (i) Enforcing Sale Order; and (ii) Imposing Sanctions Against Minnesota Commons Tenants Association, Inc. and Legal Aid DC* (Docket No. 167) (the "Enforcement and Sanction Motion") filed by ROCF IV Series, a Series of Red Oak Capital Fund Services, LLC ("Red Oak"), and states as follows:

　　　　1.　　　On October 31, 2025, the Court entered an *Order* (Docket No. 159) ("Sale Order") authorizing and approving the terms and conditions of a *Real Estate Purchase Agreement* ("Sales Contract") providing for the sale to Red Oak of that certain multi-family residential real property commonly known as Minnesota Commons, consisting of multiple buildings located at 4069, 4071, 4073, 4075, 4077, 4079, 4081, 4083, 4085, 4087 and 4089 Minnesota Avenue, NE, Washington DC 20019 (the "Property"), free and clear of all liens, claims, encumbrances and interests. Red Oak, the holder of a first priority, properly perfected consensual lien in the Property, was the highest and best bidder for the Property at a price of $10,000,000 (the "Purchase Price"), and the Purchase Price will be paid by crediting and reducing dollar for dollar the secured claim held by Red Oak in the Property. In addition to crediting the Purchase Price, the *Sale Order* (as well as the *Sales Contract*) expressly provides that Red Oak shall pay to the Trustee at closing, *inter alia*, "all estimated fees and expenses required to be paid to the Trustee and to each professional retained by the Trustee in the Bankruptcy Case pursuant to any order entered by the Bankruptcy Court in the Bankruptcy Case under sections 326, 330, and 331 of the Bankruptcy Code

(the "Bankruptcy Fees and Expenses")," and "all expenses that are incurred by the Trustee in connection with the Budget (the "Budgeted Expenses"), as that term is defined in that certain *Consent Order Authorizing Trustee's Use of Cash Collateral and Providing Adequate Protection* entered in the Bankruptcy Case on June 25, 2025 (Docket No. 109), and that remain unpaid as of the date of Closing."

2. The Trustee takes no position on the merits of the *Enforcement and Sanction Motion*. However, the Trustee does have an interest in ensuring that all the Bankruptcy Fees and Expenses and all the Budgeted Expenses are paid in full in this case. Furthermore, the Trustee wishes to avoid the risk of further liability and expense that may arise from the bankruptcy estate's continued ownership and operation of the Property. Finally, the Trustee believes that it is in the public interest that the sale close as soon as possible so that additional apartment units can eventually be made available to the renting public. As such, the Trustee urges a quick resolution of the issues arising in connection with the *Enforcement and Sanction Motion* so that Red Oak will expeditiously close on the transaction.

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Court expeditiously resolve the *Enforcement and Sanction Motion* and provide such other and further relief as the Court deems just and proper.

Dated: December 10, 2025

Respectfully Submitted,
/s/ Robert M. Marino
Robert M. Marino, Esq. DC Bar No. 411597
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Chapter 11 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 10th day of December 2025, caused a copy of the foregoing *Limited Response* to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case.

/s/Robert M. Marino
Robert M. Marino